UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ronald Satish Emrit, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:14-CV-14769-GAO |
| | * |
| National Grid USA et al | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

June 29, 2017

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [31] GRANTING the defendant's

Motion to Dismiss [30], this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge